IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC E. SOJOURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNNAMED DEFENDANT,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:13-CV-2048-TWT |

## ORDER

This is a letter treated as a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the action be dismissed without prejudice for failure to pay the filing fee. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. No Certificate of Appealability will be issued.

SO ORDERED, this 29 day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Sojourner\13cv2048\r&r.wpd